IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| IN RE: | § § § | Chapter 11 |
| COCHON PROPERTIES, LLC | § § | Case No. 17-50706 |
| Debtors. | § § § | (Jointly Administered) |

## DEBTORS' MOTION FOR FINAL DECREE
## PURSUANT TO FED. R. BANKR. P. 3022

Cochon Properties, LLC and ARO Solutions, LLC (f/k/a/ Morrison Well Services, LLC ("Debtors") by and through counsel, pursuant to Sections 105 and 350(a) of the Bankruptcy Code and Fed. R. Bankr. P. 3022, move for the entry of a final decree as to Cochon Properties, LLC and Morrison Well Services, LLC, and in support, states as follows:

1. The Debtors filed for relief under Chapter 11 of Title 11, United States Code (the "Bankruptcy Code") on June 2, 2017 ("Petition Date").

2. By Order entered January 30, 2018, (the "Confirmation Order"), the Court confirmed the Chapter 11 Plan of Reorganization (the "Plan"). The Confirmation Order is a final order. On March 19, 2018, the effective date (the "Effective Date") occurred for the Plan.

3. Subsequent to entry of the Confirmation Order, the Plan was substantially consummated pursuant to 11 U.S.C. § 1101(2) and 1127(b) including:

   a. Transfer of all or substantially all of the property proposed by the Plan to be transferred;

   b. Assumption by the debtors or by the successor to the debtors under the Plan of the business or of the management of all or substantially all of the property dealt with by the Plan; and

   c. Commencement of distribution under the Plan.

4. All Priority claims and all administrative claims have been paid in full.

5. All other contested matters and adversary proceedings have been resolved.

WHEREFORE, Debtors respectfully request a final decree closing the estate and containing such further provisions as may be equitable or otherwise appropriate.

Dated: September 7, 2018					Respectfully submitted,

               **BAKER, DONELSON, BEARMAN,**
               **CALDWELL & BERKOWITZ**
               A Professional Corporation

             By:   /s/ *Jan M. Hayden*
               **Jan M. Hayden**
                Louisiana Bar No. 6672
               **Edward H. Arnold III**
               Louisiana Bar No. 18767
               Federal ID No. 17158
               **Lacey Rochester**
               Louisiana Bar No. 34733
               Federal ID No. 2394748
               201 St. Charles Avenue, Suite 3600
               New Orleans, Louisiana 70170
               Telephone: (504) 566-5200
               Facsimile: (504) 636-4000
               jhayden@bakerdonelson.com

               AND

               **Susan C. Mathews**
               (*pro hac vice* admission granted)
               Texas Bar No. 05060650
               Federal ID No. 8479
               **Daniel J. Ferretti**
               (*pro hac vice* admission granted)
               Texas Bar No. 24096066
               Federal ID No. 2741909
               1301 McKinney St., Suite 3700
               Houston, TX 77010
               (713) 650-9700
               (713) 650-9701 – Facsimile
               smathews@bakerdonelson.com
               dferretti@bakerdonelson.com

*Counsel for the Reorganized Debtors*

4813-3522-5713 v1